UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORI MARTINEZ, *et al.*,

    Plaintiffs,

v.                              CASE NO. 8:06-cv-798-T-26MAP

FORD MOTOR COMPANY,

    Defendant.
_____/

**ORDER**

Before the Court is Plaintiffs' motion for reconsideration of pretrial order (doc. 92) and Defendant's response thereto (doc. 95). Plaintiff seeks reconsideration of my decision that the second amended exhibit list (doc. 76) was untimely, and that the first amended exhibit list (doc. 67) is the operative exhibit list. Defendant opposes reconsideration, asserting that the exhibits at issue are irrelevant to the issues in this case, and that the Plaintiffs did not seek production of or even discuss the exhibits until recently, despite the fact that the exhibits are from a 1999 case (filed in the same county where Plaintiffs' counsel practices) with a published decision in 2004. Defendant also states that the Plaintiffs' exhibit list was untimely, and that Plaintiffs merely are rearguing the same reasons already raised and rejected for using their second amended list and have not set forth any facts or law to convince the Court to reconsider its ruling. Accordingly, after consideration, it is hereby

    ORDERED:

1.  the Plaintiff's motion (doc. 92) is DENIED for the reasons set forth in Defendant's response.

DONE and ORDERED at Tampa, Florida on July 26, 2007.

_Mark A. Pizzo_
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE